JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>CHELSEA LE NGUYEN;<br>KAYLEA LEANH NGUYEN;<br>STEVEN MINH NGUYEN;<br>TRANG NGOC NGUYEN; and<br>Does 1-10,<br><br>    Defendants. | Case: 5:15-CV-01714-CAS-KK<br><br>**ORDER** |
|---|---|

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

*/s/ Christina A. Snyder*

Dated: February 17, 2016

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE